```
 1   Glenn Zuckerman
 2   WEITZ & LUXENBERG, PC
     700 Broadway
 3   New York, New York 10003
     Telephone: 212-558-5000
 4   Facsimile: 212-344-5461
     Attorneys for Plaintiffs
 5
 6
 7
 8                          UNITED STATES DISTRICT COURT
 9                         NORTHERN DISTRICT OF CALIFORNIA
10
11
```

| | |
|---|---|
| This Document Relates to: | |
| *Grant Kiser v. Pfizer Inc, et al.* (06-6118 CRB) | **MDL NO. 1699**<br>District Judge: Charles R. Breyer |
| *Connie Friedman-May, et al. v. Pfizer Inc, et al.* (06-6119 CRB) | |
| *Noralynn Roman, et al. v. Pfizer Inc, et al.* (06-6120 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| *Sylvania Lawson, Jr., et al. v. Pfizer Inc, et al.* (06-6121 CRB) | |
| *Robert McCarrell v. Pfizer Inc, et al.* (06-6124 CRB) | |
| *Doris Hocker v. Pfizer Inc, et al.* (06-6129 CRB) | |
| *Patricia Rogers v. Pfizer Inc, et al.* (06-6130 CRB) | |
| *Robert Bates, et al. v. Pfizer Inc, et al.* (06-6131 CRB) | |
| *Patrick Lynch v. Pfizer Inc, et al.* (06-6132 CRB) | |
| *Christine Sullivan, et al. v. Pfizer Inc, et al.* (06-6157 CRB) | |

-1-

| | |
|---|---|
| 1 | *Robert E. Murray, et al. v. Pfizer, Inc, et al.* (06-6158 CRB) ) ) ) |
| 2 | |
| 3 | *Donald Davidson, et al. v. Pfizer Inc, et al.* (06-6161 CRB) ) ) ) |
| 4 | *Delores Poyner v. Pfizer Inc, et al.* (06-6165 CRB) ) ) ) |
| 5 | |
| 6 | *James Chapman, et al. v. Pfizer Inc, et al.* (06-6166 CRB) ) ) ) |
| 7 | *Michael Aquino, et al. v. Pfizer Inc, et al.* (06-6168 CRB) ) ) ) |
| 8 | |
| 9 | *Marie Shepard, et al. v. Pfizer Inc, et al.* (06-6169 CRB) ) ) ) |
| 10 | *James I. Jones, et al. v. Pfizer Inc, et al.* (06-6171 CRB) ) ) ) |
| 11 | |
| 12 | *Thomas Kamin, et al. v. Pfizer Inc, et al.* (06-6173 CRB) ) ) ) |
| 13 | *Ruben Dominguez v. Pfizer Inc, et al.* (06-6180 CRB) ) ) ) |
| 14 | |
| 15 | *Jennie Graziano v. Pfizer Inc, et al.* (06-6186 CRB) ) ) ) |
| 16 | *Leroy Horton, et al. v. Pfizer Inc, et al.* (06-6190 CRB) ) ) ) |
| 17 | |
| 18 | *Jerry Henry, et al. v. Pfizer Inc, et al.* (06-6091 CRB) ) ) ) |
| 19 | *Lyle Johnson v. Pfizer Inc, et al.* (06-6194 CRB) ) ) ) |
| 20 | |
| 21 | *Terry Smith v. Pfizer Inc, et al.* (06-6195 CRB) ) ) ) |
| 22 | *Barbara Dondero, et al. v. Pfizer Inc, et al.* (06-6196 CRB) ) ) ) |
| 23 | |
| 24 | *Barbara Hall v. Pfizer Inc, et al.* (06-6197 CRB) ) ) ) |
| 25 | *Patricia Parson v. Pfizer Inc, et al.* (06-6198 CRB) ) ) ) |
| 26 | |
| 27 | *Effie Crockett, et al. v. Pfizer Inc et al.* (06-6199 CRB) ) ) ) |
| 28 | *Lola Kolsen, et al. v. Pfizer Inc, et al.* ) |

-2-

| | |
|---|---|
| 1 | (06-6200 CRB) ) |
| 2 | *Louis Pratt v. Pfizer Inc, et al.* ) <br> (06-6201 CRB) ) |
| 3 | |
| 4 | *Paul Madison v. Pfizer Inc, et al.* ) <br> (06-6202 CRB) ) |
| 5 | *Nancy Smith, et al. v. Pfizer Inc, et al.* ) <br> (06-6203 CRB) ) |
| 6 | |
| 7 | *Walter Johnston v. Pfizer Inc, et al.* ) <br> (06-6204 CRB) ) |
| 8 | *Murry McEwen v. Pfizer Inc, et al.* ) <br> (06-6205 CRB) ) |
| 9 | |
| 10 | *Charles Grififn, et al. v. Pfizer, Inc, et al.* ) <br> (06-6206 CRB) ) |
| 11 | *Debbie Dethrage v. Pfizer Inc, et al.* ) <br> (06-6207 CRB) ) |
| 12 | |
| 13 | *Thomas Saunders, et al. v. Pfizer Inc, et al.* ) <br> (06-6208 CRB) ) |
| 14 | *Rex McDonald v. Pfizer Inc, et al.* ) <br> (06-6210 CRB) ) |
| 15 | |
| 16 | *Winetta P. Gillet, et al. v. Pfizer Inc, et al.* ) <br> (06-6211 CRB) ) |
| 17 | *Marjory Goodwin v. Pfizer Inc, et al.* ) <br> (06-6212 CRB) ) |
| 18 | |
| 19 | *Joy Glenn, et al. v. Pfizer Inc, et al.* ) <br> (06-6213 CRB) ) |
| 20 | *Connie Henderson, et al. v. Pfizer Inc, et al.* ) <br> (06-6283 CRB) ) |
| 21 | |
| 22 | *Aubrey Richardson, et al. v. Pfizer Inc, et al.* ) <br> (06-7201 CRB) ) |
| 23 | *Glenn Snyder, et al. v. Pfizer Inc, et al.* ) <br> (06-7202 CRB) ) |
| 24 | |
| 25 | *Jacques Tetrault, et al. v. Pfizer Inc, et al.* ) <br> (06-7203 CRB) ) |
| 26 | *Patricia Stevens v. Pfizer Inc, et al.* ) <br> (06-7204 CRB) ) |
| 27 | |
| 28 | *Robert Jennings, et al. v. Pfizer Inc, et al.* ) <br> (06-7205 CRB) ) |

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2584625.1

Listing of consolidated cases:

1. *Alice Richardson, et al. v. Pfizer Inc, et al.* (06-7206 CRB)
2. *Steve Pardikes v. Pfizer Inc, et al.* (06-7306 CRB)
3. *Rosalyn Chute v. Pfizer Inc, et al.* (06-7381 CRB)
4. *Carolyn Carter v. Pfizer Inc, et al.* (06-7570 CRB)
5. *Margoth Gonzalez v. Pfizer Inc, et al.* (06-7571 CRB)
6. *Albert Blossom, et al. v. Pfizer Inc, et al.* (06-7676 CRB)
7. *Viola Porter v. Pfizer Inc, et al.* (06-7882 CRB)
8. *Tami McKibben, et al. v. Pfizer Inc, et al.* (06-7883 CRB)
9. *Joyce Matson, et al. v. Pfizer Inc, et al.* (06-7958 CRB)
10. *Michael Gatz, v. Pfizer Inc, et al.* (06-7959 CRB)
11. *Shamela Carr v. Pfizer Inc, et al.* (07-0022 CRB)
12. *John Kennedy, Jr., et al. v. Pfizer Inc, et al.* (07-0023 CRB)
13. *Debi Sweet v. Pfizer Inc, et al.* (07-0231 CRB)
14. *Clarence Bridges v. Pfizer Inc, et al.* (07-0413 CRB)
15. *Elizabeth Hilton, et al. v. Pfizer Inc, et al.* (07-0611 CRB)
16. *Jeffrey Howard, et al. v. Pfizer Inc, et al.* (07-0816 CRB)
17. *Brenda Brunson, et al. v. Pfizer Inc, et al.* (07-1280 CRB)
18. *Bernadette Wilson-Blakeney v. Pfizer Inc, et al.* (07-1353 CRB)

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2584625.1

1 *Emma White, et al. v. Pfizer Inc, et al.* )
(07-1432 CRB) )
2 )
*Abraham Nicholas v. Pfizer Inc, et al.* )
3 (07-1570 CRB) )
)
4 *Vanessa King v. Pfizer Inc, et al.* )
(06-6815 CRB) )
5 )
*Jack Isaacs v. Pfizer Inc, et al.* )
6 (07-1991 CRB) )
)
7 *Michael Coleman v. Pfizer Inc, et al.* )
(07-1992 CRB) )
8 )
*Detrea Robinson v. Pfizer Inc, et al.* )
9 (07-2630 CRB) )
)
10 *Edna Burnette v. Pfizer Inc, et al.* )
(07-2690 CRB) )
11 )
*Belinda Rolston, et al. v. Pfizer Inc, et al.* )
12 (07-2691 CRB) )
)
13 *Lorraine Maher v. Pfizer Inc, et al.* )
(07-2692 CRB) )
14 )
*Cloteal Smith, et al. v. Pfizer Inc, et al.* )
15 (07-3284 CRB) )

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42584625.1

DATED: 10-29, 2009        By: _____

**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

DATED: Nov. 2, 2009       By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009        _____
Hon. Charles R. Breyer
United States District Court

-6-